# ELECTRONIC RECORD

COA #   02-15-00074-CR         OFFENSE:   0.06

STYLE:   Ex parte Angel Ricky Espinoza
a/k/a Jose Ricky Angel Espinoza v.   COUNTY:   Parker

COA DISPOSITION:   AFFIRM         TRIAL COURT:   County Court at Law No. 1

DATE: 04/30/2015         Publish: NO   TC CASE #:   CIV-14-0999

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Ex parte Angel Ricky Espinoza a/k/a
Jose Ricky Angel Espinoza v.         CCA #:   **877-15**

_____APPELLANT'S_____ Petition         CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE: _____

_____Refused_____         JUDGE: _____

DATE: _10/28/2015_         SIGNED: _____         PC: _____

JUDGE: _Per Curiam_         PUBLISH: _____         DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**